■ 438 MAIN STREET, INC., Respondent, v VANDOR, INC., et al., Appellants, et al., Defendant. [760 NYS2d 376] —Appeal from a judgment of Erie County Court (Drury, J.), entered October 23, 2002, upon a decision of the court in favor of plaintiff.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Erie County Court, Drury, J. Present—Pigott, Jr., P.J., Wisner, Scudder, Burns and Lawton, JJ.